DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GERARD NELSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-3365

[September 1, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Usan, Judge; L.T. Case No. 14-012992CF10A.

Gerard Nelson, Raiford, pro se.

Attorney General, Ashley Moody, Tallahassee, and Jessenia J. Concepcion, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, LEVINE and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***